# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**H. SCOT LYMAN,**
**CARDIOSTAT MEDICAL, LLC,**

        **Plaintiffs,**

  **v.**                                    **Case No. 05-C-122**

**ST. JUDE MEDICAL S.C., INC.,**

        **Defendant.**

## DECISION AND ORDER

On March 29, 2006, the Court granted the plaintiffs' motion to disqualify the defendant's counsel. Since that time, the Court has not received any indication that the defendant has obtained new representation. To move this action along, the defendant will be required to obtain new counsel by a date certain, and, once notices of appearance have been received, the Court will set a scheduling conference call for this action. If the defendant fails to obtain counsel by the prescribed deadline, the Court will consider requests for judgment from the plaintiffs.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Counsel for the defendant **SHALL** file a notice of appearance with the Court no later than **May 26, 2006**.

Dated at Milwaukee, Wisconsin, this 1st day of May, 2006.

BY THE COURT:

s/Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief Judge