# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**H. SCOT LYMAN, and**
**CARDIOSTAT MEDICAL LLC,**

        Plaintiffs,

           **Case No. 05-C-122**

  -vs-

**ST. JUDE MEDICAL S.C., INC.,**

        Defendant.

## ORDER TO AMEND SCHEDULING ORDER

**BASED ON THE STIPULATION OF THE PARTIES, IT IS ORDERED** that the Scheduling Order entered by the Court on July 12, 2006, as amended on October 18, 2006, February 2, 2007, and March 6, 2007, (the "Scheduling Order"), should be amended to reflect the following:

1. Paragraph 7 of the Scheduling Order is amended to read:

    On or before June 13, 2007, the plaintiffs shall notify the defendant of any rebuttal expert witnesses the plaintiffs may call at trial, and shall submit with that notice a report containing all the information that the defendant could obtain under Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure through the use of interrogatories, or the plaintiffs will be barred from calling such rebuttal witness as experts at trial.

2. The first sentence of Paragraph 8 of the Scheduling Order is amended to read:

    All requests for expert discovery shall be served by a date sufficiently early so that all expert discovery in this case can be completed no later than August 6, 2007.

3. All other dates and provisions in the Scheduling Order shall remain the same.

Dated at Milwaukee, Wisconsin, this 30th day of May, 2007.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**