# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**H. SCOT LYMAN, et al.,**

        Plaintiff,

        -vs-

**Case No. 05-C-122**

**ST. JUDE MEDICAL S.C., INC.,**

        Defendant.

## ORDER FOR DISMISSAL

THIS MATTER COMES before the Court on the parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed on June 26, 2008, and based on the foregoing, it is hereby ORDERED, ADJUDGED AND DECREED THAT.

    1. This action be dismissed with prejudice, and

    2. Each party to bear its/his own costs.

Dated at Milwaukee, Wisconsin, this 30th day of June, 2008.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**